IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DARLENE FORD,

    Plaintiff,

vs.                                                         No. CIV 96-503 HB/LCS

CLINT BUNKER,

    Defendant.

## MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes on Defendant's Motion for Enforcement of Arbitration Decision and Dismissal of Plaintiff's Action with Prejudice, filed on January 8, 1999. The Court has considered the Motion and Memorandum in support thereof. The Court proposes finding that Plaintiff has failed to respond to this Motion within 14 calendar days as required under D.N.M.L.R.Civ.7.6 and that under D.N.M.L.R.Civ. 7.5(b) Plaintiff's failure to respond constitutes consent to grant the Motion. Accordingly, the Court recommends that Defendant's Motion (docket entry # 42) be granted, that the arbitration decision be enforced, that Defendant receive his costs and attorney's fees for the Motion, and that this case be dismissed with prejudice.

Within ten days after a party receives a copy of the Magistrate Judge's Proposed Findings and Recommended Disposition that party may, pursuant to 28 U.S.C. Sec. 636(b)(1), file written objections. A party must file its objections within ten days if it desires review; If they are not timely filed, neither the District Court nor the Court of Appeals will review the Magistrate

Judge's Proposed Findings and Recommended Disposition.

_____
**LESLIE C. SMITH**
**United States Magistrate Judge**